IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TOSHA HOWARD,<br><br>                Defendant. | 8:16-CR-16<br><br>ORDER |

      This matter is before the Court on the United States of America's Motion to Dismiss (Filing 110) the Petition for Warrant or Summons for Offender Under Supervision (Filing 70). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED:

1. The United States of America's Motion to Dismiss (Filing 110) is granted; and

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing 70) is dismissed.

Dated this 3rd day of March, 2021.

                                              BY THE COURT:

                                              _____
                                              Brian C. Buescher
                                              United States District Judge